# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-245** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **DEW DARIUS MCCAULEY,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of November, 2016, upon consideration of the United States' motion to dismiss indictment (Doc. 329), it is hereby ORDERED that said motion is GRANTED and Dew Darius McCauley is DIMISSED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania